550 A.2d 786

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kenneth DARR, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 6, 1988.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Petitioner is granted leave to appeal *nunc pro tunc* the Judgment of Sentence entered May 6, 1983, and the Order dated June 2, 1983, of the Court of Common Pleas of Warren County, Pennsylvania, at No. 3 of 1983 denying his Motion for Reconsideration of Sentence. This matter is remanded to the trial court for the appointment of counsel to pursue such appeal on Petitioner's behalf.

Jurisdiction is relinquished.